United States District Court
Southern District of Texas
**ENTERED**
April 14, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LAVONNA GARDNER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-04311 |
| | § | |
| **EXXONMOBILE,** | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On April 13, 2020, Plaintiff Lavonna Gardner confirmed to the Court via email that she has never served Defendant ExxonMobil in this action. Instead, she indicated, she served the same Defendant in an earlier-filed, still-pending case before Judge Hanks in which she submitted an identical complaint. *See* Case. No. 4:20-cv-03850 (S.D. Tex. Dec. 16, 2020), Doc. 1. Therefore, in accordance with Federal Rule of Procedure 4(m), her claims in this case are **DISMISSED WITHOUT PREJUDICE**. This Order does not constitute a ruling on the merits as to Plaintiff's claims in 4:20-cv-3850, which remains pending before Judge Hanks.

**IT IS SO ORDERED.**

Signed at Houston, Texas on April 14, 2022.

Keith P. Ellison
United States District Judge